### COLLINS *vs.* MOORE AND PRESCOTT.[*]

APPEAL FROM THE COURT OF THE FIFTH DISTRICT, FOR THE PARISH OF ST. LANDRY, THE JUDGE OF THE SIXTH PRESIDING.

Where the plaintiff holds by two titles, and the premises are sold by the sheriff under execution against him, and he receives the balance, after satisfying the judgment, he cannot set up a claim to the same property under the other title, although the sheriff describes the sale to be of the youngest of the two titles.

This is an action to recover twelve arpents of land by forty in depth, situated on the east side of the Bayou Courtableau, in the parish of St. Landry.

The plaintiff, William C. Collins, alleges that his father, John Collins, acquired title to the above tract of land by purchase from one Charles Vigé, who by several mesne conveyances acquired it from the original grantee of the Spanish government. He further shows that his father is dead, and he is the only son and heir; and has inherited the same. But that in 1830, the defendants took possession and continue to occupy said land, and have committed great waste.

---

[*] When the case was taken up, Judge SIMON left the bench for the remainder of the term. The court then consisted of Judges MARTIN, MORPHY and GARLAND.

WESTERN DIST.
September, 1840.

COLLINS
vs.
MOORE & PRES-
COTT.

He prays that his title may be declared the best, and the possession delivered to him, &c.

The defendants plead a general denial; and aver they hold the land by a good title, purchased at sheriff's sale, under a judgment and execution against the plaintiff, which sale was regularly made and is valid. They pray that the defendants' demand be rejected.

The plaintiff sets up a different title, as he contends, to the land, from that under which it was sold by the sheriff, and which is an older and a better title.

There was judgment decreeing the defendants to be the legal possessors and owners of the land in controversy, and the plaintiff appealed.

*Linton,* for the plaintiff, submitted the case.

*T. H. Lewis,* for defendant.

*Garland, J.,* delivered the opinion of the court.

The plaintiff commenced this suit to recover of the defendants a tract of land containing twelve arpents front by forty in depth, situated on the east side of the Bayou Courtableau, in the parish of St. Landry, which he alleges was granted by the Spanish government, and by several conveyances from the grantee, came into the possession of John Collins, his father, from whom he inherited it. The defendants do not deny that the plaintiff had a title to the land in question, but allege they are the owners of all his right to it; having purchased the same at one or more sales made by the sheriff of the parish of St. Landry, under several executions issued on judgments obtained against the plaintiff in 1829 and 1830. No irregularity or defect in these sales, is alleged or proved, and the sheriff in his deeds, says, he sells and transfers "all the right, title, interest or demand, which the said William C. Collins has or had to said lands, or any part thereof at any time."

So far as the facts can be gathered from the record, it appears the plaintiff had two titles, which cover the same piece

Where the plaintiff holds by two titles and the premises are sold by the sheriff under execution against him, and he receives the balance, after satisfying the judgment, he cannot set up a claim to the same property, under the other title, although the sheriff describes the sale to be of the youngest of the two titles.

of land, but as the sheriff in describing it in his sale, only mentioned one of the original grants and that the youngest, he wishes to recover back the land under the oldest grant, notwithstanding he has ratified the sales by receiving a balance from the sheriff, after the payment of all the executions; and is also bound to warrant the title of the defendants. We are unable to see the slightest foundation for the claim advanced, and, therefore, affirm the judgment of the District Court, with costs.